1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Bruce Jacobs,

    Plaintiff,

             v.

Bank of America Corporation, et al.

    Defendants.

Case No. 2:17-mc-97

(United States District Court, Southern District of Florida, Miami District, Florida Case No. 1:15-cv-24585-UU)

**[PROPOSED] ORDER ON NON-PARTY DAVID A. SPECTOR'S MOTION TO QUASH SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

Non-party David A. Spector has moved, pursuant to Federal Rule of Civil Procedure 45, to quash the Subpoena to Testify at a Deposition in a Civil Action issued to him by Relator Bruce Jacobs in the matter *Jacobs v. Bank of America Corp.*, No. 1:15-cv-24585-UU, pending in the Southern District of Florida.

I have considered Mr. Spector's Motion and any responses thereto.

**IT IS HEREBY ORDERED:**

Pursuant to Federal Rule of Civil Procedure 45, the Subpoena to Testify at a Deposition in a Civil Action issued to David Spector is quashed, and Mr. Spector is entitled to his attorneys' fees and costs incurred in relation with bringing its Motion.

IT IS SO ORDERED.

DATED: _____

_____
Judge, United States District Court
District of Central California