Lowenstein Sandler LLP
Leiv Blad (SBN 151353)
Zarema Jaramillo (*pro hac vice forthcoming*)
Katie Glynn (SBN 300524)
2200 Pennsylvania Avenue, Suite 500E
Washington, District of Columbia  20037
Telephone:  202.753.3800
Facsimile:  202.753.3838
lblad@lowenstein.com
zjaramillo@lowenstein.com
kglynn@lowenstein.com

390 Lytton Avenue
Palo Alto, California  94301
Telephone:  650.433.5800
Facsimile:  650.328.2799

Attorneys for Non-Party
DAVID A. SPECTOR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce Jacobs,<br><br>    Plaintiff,<br><br>        v.<br><br>Bank of America Corporation, et al.<br><br>    Defendants. | Case No.: 2:17-mc-97<br><br>(United States District Court, Southern District of Florida, Miami District, Florida Case No. 1:15-cv-24585-UU)<br><br>**NOTICE OF APPEARANCE**<br>**OF LEIV BLAD** |

**TO THE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:**

 **PLEASE TAKE NOTICE** that Leiv Blad, of Lowenstein Sandler LLP, hereby appears as counsel for non-party David A. Spector.  Mr. Blad is admitted to practice in California and before this Court.  His address, telephone, email address, and bar identification are as follows:

  Leiv Blad, Bar No. 151353
  Lowenstein Sandler LLP
  2200 Pennsylvania Avenue NW
  Washington, DC 20037
  Tel:  202.753.3800
  lblad@lowenstein.com

Dated this 26th day of July, 2017.

         */s/ Leiv Blad*
        Leiv Blad
        **LOWENSTEIN SANDLER LLP**

        *Attorneys for Non-Party David A. Spector*